UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 22-cv-20732-BLOOM/Otazo-Reyes**

SERGIO EMIR BURGOS,

    Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Plaintiff Sergio Emir Burgos's Motion for Summary Judgment, ECF No. [18], filed on July 13, 2022 ("Plaintiff's Motion"), and Defendant's Motion for Summary Judgment and Response to Plaintiff's Motion, ECF No. [19], filed on August 25, 2022, ("Defendant's Motion"). The Motion was previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [17]. On January 6, 2023, the Magistrate Judge issued a R&R recommending that Plaintiff's Motion be denied and Defendant's Motion be granted. ECF No. [21]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, neither party has filed objections, nor has either party sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well

Case No. 22-cv-20732-BLOOM/Otazo-Reyes

reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **DENIED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [21]**, is **ADOPTED**;

2. Plaintiff's Motion, **ECF No. [18]**, is **DENIED**;

3. Defendant's Motion, **ECF No. [19]**, is **GRANTED;**

4. The Commissioner's decision is **AFFIRMED**;

5. All pending motions are **DENIED AS MOOT**; and,

6. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 23, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record